UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 11–31235
 Chapter 13
Towanna V. Stewart

    Debtor

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *STATE OF ALABAMA DEPARTMENT OF REVENUE (Claims #15 and #16)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 27th day of September, 2011.

                                         /s/ Dwight H. Williams Jr.
                                         United States Bankruptcy Judge